# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JAMES A & NORMA O. DAVIDSON CALWELL |
| **Case Number:** | 19-00064-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 25, 2019 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # KAZ-1 FILED ON BEHALF OF U.S. BANK TRUST, N.A.

### Appearances:

NO APPEARANCES

### Disposition:

Off calendar pursuant to the Court's Tentative Ruling. Order on relief entered 4/19/19 via dkt #33.