David L. Skelton, Trustee State Bar No. 96250
Rebecca E. Pennington State Bar No. 174488
Richard L. Stevenson State Bar No. 239705
**OFFICE OF THE CHAPTER 13 TRUSTEE**
525 B Street, Suite 1430
San Diego, CA 92101
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>JAMES A CALWELL<br>NORMA O. DAVIDSON CALWELL<br><br>Debtors. | Case No. 19-00064-LT13<br>Chapter 13 Case<br><br>Date: June 25, 2019<br>Time: 10:00 AM<br>Judge: HON. LAURA S. TAYLOR<br>Dept: 3<br><br>Withdrawal of Trustee's Objection to Confirmation of Debtors' Plan and Request to Take Matter Off Calendar |
|---|---|

DAVID L. SKELTON, Chapter 13 Standing Trustee ("Trustee"), states as follows:

1. Trustee no longer opposes Debtors' Modified Plan dated 04-09-19 and withdraws his objection.

2. Trustee requests that the hearing on this matter set for 06-25-19 be taken off calendar.

Date: June 5, 2019                      /s/ Rebecca E. Pennington
                                        Attorney for Chapter 13 Trustee

1